

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Steven Cole, Appellant

No. 06-13-00179-CR        v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 41312-A). Opinion delivered by Chief Justice Morriss and Justice Moseley, Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the assessment of attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Steven Cole, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 27, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk